NO. 30308

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

IN RE LORI L. YOSHINAGA

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of Petitioner Lori L. Yoshinaga's Petition to Resign and Surrender License, the attached affidavits, and the lack of objections by the Office of Disciplinary Counsel, it appears that the petition complies with the requirements of Rule 1.10 of the Rules of the Supreme Court of the State of Hawai'i (RSCH). Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED that Petitioner Yoshinaga shall return her original license to practice law to the Clerk of this court forthwith. The Clerk shall retain the original license as part of this record. Petitioner Yoshinaga shall comply with the notice, affidavit, and record requirements of sections (a), (b), (d), and (g) of RSCH 2.16.

IT IS FINALLY ORDERED that the Clerk shall remove the name of Lori L. Yoshinaga, attorney number 6147, from the roll of attorneys of the State of Hawai'i, effective with the filing of this order.

DATED: Honolulu, Hawai'i, February 4, 2010.